UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert E. Lee,

        Plaintiff,                         Case No: 15-13585
                                                  Hon. Victoria A. Roberts

v.

City of Detroit Law Department,

        Defendant.
_____/

## ORDER GRANTING IN FORMA PAUPERIS STATUS
## AND DISMISSING COMPLAINT

Robert E. Lee filed this personal injury lawsuit. It stems from his fall into a trench at a curbside construction site. Lee seeks and the Court **GRANTS** in forma pauperis status.

However, the Court **DISMISSES** Lee's complaint for lack of jurisdiction. Lee fails to allege his claim arises under federal law. 28 U.S.C. §1331. The complaint does not reference a federal law - it says Defendant failed to place guard rails around the trench.

Lee also fails to allege diversity jurisdiction under 28 U.S.C. §1332. His address is in Michigan and the Defendant has a Michigan address as well. Finally, the complaint requests an unspecified amount of damages for medical bills, pain and suffering and punitive damages. The Complaint does not allege an amount in controversy that exceeds $75,000.

**IT IS ORDERED**.

This Complaint is Dismissed.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  November 2, 2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Robert E. Lee by electronic means or U.S. Mail on November 2, 2015.

s/Linda Vertriest
Deputy Clerk